IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNIFER DOOLEY                                                                                   PLAINTIFF

V.                             CASE NO. 3:16-CV-00087-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed.

This case is hereby dismissed with prejudice.

SO ADJUDGED this 8th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE